# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2442

_____

| | | |
|---|---|---|
| Hazel Clark, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Anthony J. Principi, Secretary of | * | |
| Veterans Affairs, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 26, 2002
Filed: January 3, 2003

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Hazel Clark appeals the district court's[1] adverse grant of summary judgment in her consolidated employment-discrimination actions. Upon de novo review, see Griffin v. Super Valu, 218 F.3d 869, 871 (8th Cir. 2000), we affirm for the reasons stated by the district court, see 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.